**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CARL BOWEN,                                                                                    PLAINTIFF
# 213070

v.                                          4:25CV00704-KGB-JTK

LISA WORLEY, et al.                                                              DEFENDANTS

<u>**ORDER**</u>

  Carl Bowen ("Plaintiff") filed a <u>pro</u> <u>se</u> Complaint pursuant to 42 U.S.C. § 1983 against

multiple officials at the Union County, Arkansas, Jail      (Doc. No. 2).    The Union County Jail is

in El Dorado, Arkansas, which lies in the Western District of Arkansas.

  Because of the Defendants named and allegations made, the Court finds that the interests

of justice would be best served by transferring this case to the United States District Court for the

Western District of Arkansas.    <u>See</u> 28 U.S.C. § 1406(a).[1]

  The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE

CASE FILE to the Western District of Arkansas.

  IT IS SO ORDERED this 17th day of July, 2025.

                _____
                JEROME T. KEARNEY
                UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."    <u>Id</u>.